In the Matter of the Probate of the Will of RUDOLPH DITTNER, Deceased. LENA D. LINCE, Appellant; CHARLES DITTNER, Respondent.—

Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.)